IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Frank

Printed: 7/15/08

Case Number: 07 B 20726
Judge: Hollis, Pamela S
Filed: 11/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: July 11, 2008
Confirmed: January 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,090.00 |  |
| Secured: |  | 4,424.84 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,245.12 |
| Trustee Fee: |  | 420.04 |
| Other Funds: |  | 0.00 |
| Totals: | 7,090.00 | 7,090.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,424.00 | 2,245.12 |
| 2. | Silverleaf Resorts Inc | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | American Honda Finance Corporation | Secured | 18,741.53 | 2,160.00 |
| 6. | CitiFinancial | Secured | 15,052.94 | 2,264.84 |
| 7. | ECast Settlement Corp | Unsecured | 99.05 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 3,313.46 | 0.00 |
| 9. | B-Real LLC | Unsecured | 3,609.35 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 8,712.39 | 0.00 |
| 11. | Midland Credit Management | Unsecured | 149.51 | 0.00 |
| 12. | Capital One | Unsecured | 1,544.70 | 0.00 |
| 13. | Home Depot | Unsecured |  | No Claim Filed |
|  |  |  | $ 54,646.93 | $ 6,669.96 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 200.44 |
| 6.5% | 219.60 |
|  | $ 420.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jones, Frank | Case Number:  07 B 20726 |
| | Judge:  Hollis, Pamela S |
| Printed:  7/15/08 | Filed:  11/6/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

